# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA CHAMPION OBO RONALD GLENN CHAMPION,<br><br>            Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.  CV 13-5281 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: May 7, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE